THE STATE OF OHIO, APPELLANT, *v.* VAN JOHNSON, APPELLEE.

[Cite as *State v. Van Johnson* (1992), 63 Ohio St.3d 306.]

(No. 91–1413—Submitted February 11, 1992—Decided March 25, 1992.)

*Lee C. Falke,* Prosecuting Attorney, and *Lorine M. Reid,* for appellant.

*Rebecca Barthelemy–Smith,* for appellee.

This cause is reversed on the authority of *State v. Murnahan* (1992), 63 Ohio St.3d 60, 584 N.E.2d 1204. However, the defendant-appellee may file for

delayed reconsideration of his ineffectiveness-of-counsel claim in the Montgomery County Court of Appeals.

MOYER, C.J., HOLMES, DOUGLAS and RESNICK, JJ., concur.

SWEENEY, J., dissents based on his dissent in *State v. Murnahan* (1992), 63 Ohio St.3d 60, 67–68, 584 N.E.2d 1204, 1210.

WRIGHT and H. BROWN, JJ., dissent.